**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26656/0156169609

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: November 25, 2009**



_Randolph J. Haines_
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Maria T. Guereque<br>        Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for CMLTI 2007-AR5<br>        Movant,<br>  vs.<br><br>Maria T. Guereque, Debtor, Maureen Gaughan, Trustee.<br><br>        Respondents. | No. 2:09-bk-25823-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 15, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for CMLTI 2007-AR5 is the current beneficiary and Maria T. Guereque has an interest in, further described as:

> Unit 154, BUILDING M, LAKEBROOK VILLAS II, according to Declaration of Condiminium, Recorded in Docket 13653, Page 370, and Plat Recorded in Book 216, Page 12 Record of Maricopa County, Arizona. TOGETHER WITH an undivided interest in and to the Common Elements as set forth in said Declaration and as Designated on said Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT